IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES WILLIE JACKSON, #151754, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-1027-MHT |
| ) | |
| CHERYL PRICE, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 3), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 20th day of November, 2006.

　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE