**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cheryl Price, Warden
   Bibb County Correctional Facility
   565 Bibb Lane
   Brent, AL 35034

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_                        ☒ Agent
                                          ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   _[Barnes]_                              11-20-06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   3:06cv1027-MHT

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3461 5664

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540