IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 DEC -4  P 4 09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JAMES WILLIE JACKSON, #151754 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:06-CV-1027-MHT |
| CHERYL PRICE, et al., ) | |
| ) | |
| Respondents. ) | |

**REQUEST FOR DOCUMENTS**

Come now the Respondents in the above-styled cause and makes the following request for documents from this Court.

1. On November 27, 2006, the Respondents, through the Attorney General's for the State of Alabama, received this Court's November 20, 2006 order to show cause wherein it ordered the Respondents to file an answer to Petitioner James Willie Jackson's petition for writ of habeas corpus on or before December 11, 2006. (Doc. 5-1) Included with the order was Jackson's petition for writ of habeas corpus. (Doc. 1-1)

2. In the petition for writ of habeas corpus, Jackson raised two claims for relief and at the end of each claim referred to memorandums of law and exhibits that were attached to the petition. (Doc. 1-1, pg. 6) The memorandums of law and

exhibits were not included in the documents served on the Respondents. Those documents are required by the Respondents so that the Respondents can adequately address Jackson's petition.

Wherefore, the Respondents respectfully request this Court to serve on the undersigned Attorney for the Respondents the memorandums of law and the exhibits Jackson included in his petition for writ of habeas corpus filed in this Court. Additionally, the Respondents ask that the time to answer the petition be tolled until the Attorney for Respondents is served with the documents.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:

_____
Jack W. Willis (WIL075)
Assistant Attorney General

2

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>4th</u> day of December, 2004, I did serve a copy of the foregoing on the petitioner by placing the same in the United States Mail, first class postage prepaid and addressed as follows:

James Willie Jackson
AIS # 151754
Bibb County Correctional Facility
565 Bibb Lane
Brent, Alabama 35034

_____
Jack W. Willis (WIL075)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery AL  36130-0152
(334) 242-7300

209194/102366-001