IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES WILLIE JACKSON, #151754, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 3:06-CV-1027-MHT |
| | ) |
| CHERYL PRICE, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the request for documents filed by the respondents on December 4, 2006 (Court Doc. No. 7), which the court construes as a motion for service of documents, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The Clerk is hereby DIRECTED to provide counsel for the respondents with a copy of the memorandum of law and exhibits filed by the petitioner in support of his petition for habeas corpus relief (Court Doc. No. 2). It is further

ORDERED that the respondents be GRANTED an extension from December 11, 2006 to and including January 3, 2007 to file their answer.

Done this 6th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE