IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES WILLIE JACKSON, #151754 | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:06-CV-1027-MHT |
| CHERYL PRICE, et al., | ) |
| | ) |
| Respondents. | ) |

**MOTION FOR ENLARGEMENT**

Come now the Respondents in the above-styled cause and request an enlargement of fourteen days to respond to this Court's Order to Show Cause. Counsel for the Respondents has been involved in other work in the appellate courts of the State of Alabama and the United States District Courts and therefore has had insufficient time in which to complete Respondents's Answer.

Wherefore, in consideration of the aforementioned reasons, the Respondents pray that this Honorable Court will grant this request for fourteen days to respond to Jackson's habeas corpus petition.

I am this date mailing a copy of this request for an extension of time to the petitioner.

Respectfully submitted,

Troy King (KIN047)
Attorney General
By:


s/Jack W. Willis
Jack W. Willis(WIL075)
Assistant Attorney General

2

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>3rd</u> day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>James Willie Jackson, AIS # 151754, Bibb County Correctional Facility, 565 Bibb Lane, Brent, Alabama 35034</u> .

                                                            s/Jack W. Willis  
                                                            Jack W. Willis (WIL075)  
                                                            Office of the Attorney General  
                                                            Alabama State House  
                                                            11 South Union  
                                                            Montgomery, AL  36130-0152  
                                                            Telephone: (334) 242-7300  
                                                            Fax: (334) 242-2848  
                                                            E-Mail: Jwillis@ago.state.al.us

218118/102366-001