IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2007 JAN 23  A 9: 31

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JAMES WILLIE JACKSON, # L51254
    Petitioner,

    V.

CHERYL PRICE et al.,
    Respondents.

CASE NO. 3:06-CV-1027-MHT

## RESPONSE TO THE ANSWER FILED BY THE RESPONDENTS

COMES NOW JAMES WILLIE JACKSON pro se "Petitioner" files this instant response to the respondents' Answer pursuant to this Court's ORDER 1-16-2007; And in respect to same, petitioner offer as follows, in support of his petition sub judice. Specifically petitioner presents:

1. Petitioner contends that first And foremost a failure to entertain his petition And grant sought relief would result in A fundamental miscarriage of justice in respect to the procedurally defaulted claim(s) And an exception to the Application falls on Appellate Counsel's failure to pursue the prerequisite Writ of Certiovai with the Alabama Supreme Court; moreover, petitioner is factually And actual innocence of the allege crime. Equally important, After carful review of the records, ipso facto — they demonstrate A clear federal constitutional, See Coleman v. Thompson 501 US. 722

Violation of law. See Also <u>Murray v. Carrier</u> 477 US. 478 .

Respectfully Submitted:

/s/ James W Jackson
JAMES WILLIE JACKSON # 151754
565 Bibb Lane
Brent, AL  35034

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon the Alaba Attorney General Office 11 Union St. Montgomery AL 36130, on this the 22 day of January 2007 properly addressed and deposited into Inmate Free Legal Mail here at Bibb County Correctional Facility.

/s/ James W Jackson
JAMES WILLIE JACKSON # 151754
Bibb County Correctional Facility
565 Bibb Lane
Brent, Alabama 35034

JAMES WILLIE JACKSON #151754
Bibb County Correctional Facility
565 Bibb Lane
Brent, Alabama 35034

LEGAL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P O BOX 711
MONTGOMERY ALABAMA 36101-0711

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 00.39°
0002367336   JAN 22 2007
MAILED FROM ZIP CODE 35034

36101+0711 B007