IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

2007 AUG -2 A 9: 18

| | |
|---|---|
| JAMES WILLIE JACKSON<br>Petitioner,<br>VS.<br>CHERYL PRICE, et al<br>Respondents | Case No.<br>3:06-CV-1027-MHT |

RE: CHANGE OF ADDRESS

Notice is hereby and herewith given that petitioner JAMES WILLIE JACKSON, pro se has henceforth changed to reflect 48 FARM ROAD, PHENIX CITY, ALABAMA 36869; hence any and all mail/correspondence should forthwith comply to same

Respectfully Requested:
/s/ James Jackson
JAMES WILLIE JACKSON
48 Farm Road
Phenix City, AL 36869

2.f2

## CERTIFICATE OF SERVICE

I hereby certify that on this the ~~81~~/ day of ___8___, 2007, I served a copy of the foregoing "Change of Address" upon the Alabama Attorney General, 11 South Union Street, Montgomery, AL 36130 by placing same in United States Mail, proper postage affixed and properly addressed as above-noted

/s/ James Jackson
JAMES WILLIE JACKSON
48 Farm Road
Phenix City, AL 36869

James Willi Jackson
18 Farm Road
Phenix City AL 36869

LEGAL

MONTGOMERY AL 361
21 AUG 2007 PM 3 L

Office of the Clerk
United States District Court
P D Box 711
Montgomery, Alabama 36101-0711

36101+0711

