IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES WILLIE JACKSON, #151754, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv1027-MHT |
| ) | (WO) |
| CHERYL PRICE, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On April 1, 2009, the magistrate judge filed a recommendation (Doc. # 15) in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge is adopted and that:

1. The petition for habeas corpus relief filed by petitioner James Willie Jackson is denied.

2. Costs are taxed against petitioner Jackson, for which execution may issue.

DONE, this the 24th Day of April, 2009.

  /s /   Myron H. Thompson
UNITED STATES DISTRICT JUDGE